**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: TERSIP, GERALD A §<br>      TERSIP, CHERYL L §<br>                                   §<br>Debtor(s)                          § | Case No. 10-71547 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/25/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____     By: ____/s/ STEPHEN G. BALSLEY_____
                                                                               Trustee

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TERSIP, GERALD A | § | Case No. 10-71547 |
| TERSIP, CHERYL L | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.26 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,000.26 |
| **Balance on hand:** | $ 5,000.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,000.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,250.03 | 0.00 | 1,250.03 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,740.00 | 0.00 | 1,740.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,990.03 |
| Remaining balance: | $ 2,010.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,010.23 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,010.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 264,610.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 763.56 | 0.00 | 5.81 |
| 2 | American Infosource Lp As Agent for | 540.21 | 0.00 | 4.11 |
| 3 | American Infosource Lp As Agent for | 1,538.97 | 0.00 | 11.70 |
| 4 | Discover Bank | 9,961.02 | 0.00 | 75.67 |
| 5 | American Infosource Lp As Agent for | 10,590.11 | 0.00 | 80.45 |
| 6 | Commerce Bank | 3,576.20 | 0.00 | 27.17 |
| 7 | Chase Bank USA, N.A. | 15,612.02 | 0.00 | 118.60 |
| 8 | Chase Bank USA, N.A. | 5,442.13 | 0.00 | 41.34 |
| 9 | Chase Bank USA, N.A. | 19,001.26 | 0.00 | 144.35 |
| 10 | GE Money Bank | 1,030.34 | 0.00 | 7.83 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | GE Money Bank | 2,377.93 | 0.00 | 18.06 |
| 12 | GE Money Bank | 430.43 | 0.00 | 3.27 |
| 13 | PYOD LLC its successors and assigns as assignee of | 3,810.72 | 0.00 | 28.95 |
| 14 | PYOD LLC its successors and assigns as assignee of | 10,520.49 | 0.00 | 79.92 |
| 15 | PYOD LLC its successors and assigns as assignee of | 10,344.49 | 0.00 | 78.59 |
| 16 | PYOD LLC its successors and assigns as assignee of | 1,665.33 | 0.00 | 12.65 |
| 17 | Chase Bank USA,N.A | 2,090.97 | 0.00 | 15.88 |
| 18 | Sallie Mae | 124,871.57 | 0.00 | 948.64 |
| 19 | Sallie Mae | 18,253.46 | 0.00 | 138.67 |
| 20 | United Consumer Financial Services (Kirby) | 1,637.67 | 0.00 | 12.44 |
| 21 | HSBC Bank Nevada, N.A. (Menards) | 3,772.85 | 0.00 | 28.66 |
| 22 | GE Money Bank | 548.68 | 0.00 | 4.17 |
| 23 | American Express Centurion Bank | 1,185.66 | 0.00 | 9.01 |
| 24 | Fia Card Services, NA/Bank of America | 15,044.58 | 0.00 | 114.29 |

Total to be paid for timely general unsecured claims:   $   2,010.23
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
　　　　　　　Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                                      Case No. 10-71547-MB
Gerald A Tersip                                                                             Chapter 7
Cheryl L Tersip
        Debtors                               CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2                 Date Rcvd: May 03, 2011
                              Form ID: pdf006            Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2011.
db/jdb     +Gerald A Tersip,    Cheryl L Tersip,    8795 Bentley Lane,   Spring Grove, IL 60081-8276
aty        +John P Carlin,    Chang & Carlin,    1305 Remmington Road; Suite C,    Schaumburg, IL 60173-4820
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
15338323    Alexian Brothers,    800 Biesterfield Rd,    Elk Grove Village, IL 60007-3397
15338324   +American Express,    c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
16191252    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15338325    Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
15338326   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
             Norcross, GA 30091)
15338327   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15894196    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15968886   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15338328   +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
             Columbus, OH 43219-6009
15338329   +Chase Mht Bk,    800 Brooksedge Blv,    Westerville, OH 43081-2822
15338330   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15338331   +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15338332   +Citicards,   Po Box 6241,    Sioux Falls, SD 57117-6241
15850378    Commerce Bank,    P O BOX 419248,    KCREC-10,   Kansas City, MO 64141-6248
15338333   +Commerce Bk,    911 Main St,    Kansas City, MO 64105-2009
16094977   +HSBC Bank Nevada, N.A. (Menards),     Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
15338340   +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
15338341   +Mary Ziembicki,    545 Milton,    Hoffman Estates, IL 60169-3116
15968432   +PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15338343   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
15338344   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15338345   +Target,   Po Box 9475,    Minneapolis, MN 55440-9475
15338349   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,     Attn: Bankruptcy Dept,    Po Box 5229,
             Cincinnati, OH 45201)
15338346   +United Consumer Financial Services,     865 Bassett Rd,   Westlake, OH 44145-1194
16094965   +United Consumer Financial Services (Kirby),     Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
15338348   +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15338350   +Victoria’s Secret,    Po Box 182273,    Columbus, OH 43218-2273
15338351   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court: Wachovia Dealer Services,     Po Box 19657,    Irvine, CA 92623)
15338352   +Wffinancial,   5101 Washington St Ste 3,     Gurnee, IL 60031-2988
15338353   +Wfnnb/express,    Po Box 182273,    Columbus, OH 43218-2273
15338354   +William Ciszczon,    United Consumer Financial Services,    865 Bassett,    Westlake, OH 44145-1194
15338347    united consumer financial services,     p.o. box 856290,   Louisville, KY 40285-6290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15843585      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK   73124-8840
15834966      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
              American Infosource Lp As Agent for,    World Financial Network National Bank As,
              Victoria’s Secret,    PO Box 248872,   Oklahoma City, OK   73124-8872
15834967      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
              American Infosource Lp As Agent for,    Target,    PO Box 248866,   Oklahoma City, OK   73124-8866
15834968      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
              American Infosource Lp As Agent for,    World Financial Network National Bank As,   Express,
              PO Box 248872,   Oklahoma City, OK   73124-8872
15839211      E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2011 00:41:24     Discover Bank,
              Dfs Services LLC,    PO Box 3025,   New Albany, OH   43054-3025
15338334     +E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2011 00:41:24     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
16225145      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
15917409      E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:47     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15338335     +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:48     Gemb/dicks Sporting,
              Po Box 981439,    El Paso, TX 79998-1439
15338336     +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:47     Gemb/gap,   Po Box 981400,
              El Paso, TX 79998-1400
15338337     +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:46     Gemb/jcp,   Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
```

```
District/off: 0752-3          User: cshabez            Page 2 of 2            Date Rcvd: May 03, 2011
                              Form ID: pdf006          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15338338     +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:47      Gembppbycr,   Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
15338339     +E-mail/PDF: cr-bankruptcy@kohls.com May 04 2011 00:41:40       Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15968459      E-mail/Text: resurgentbknotifications@resurgent.com May 03 2011 23:32:48
              PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
16051869     +E-mail/PDF: pa_dc_claims@salliemae.com May 04 2011 00:43:09       Sallie Mae,
              c/o Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
15338342     +E-mail/PDF: pa_dc_claims@salliemae.com May 04 2011 00:43:09       Sallie Mae,   11100 Usa Pkwy,
              Fishers, IN 46037-9203
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011**                    **Signature:** *Joseph Speetjens*