**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: TERSIP, GERALD A | § Case No. 10-71547 |
| TERSIP, CHERYL L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $545,825.00                    Assets Exempt:  $97,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,010.23        Claims Discharged
                                                  Without Payment:  $314,843.42

Total Expenses of Administration: $2,990.03

---

   3) Total gross receipts of $    5,000.26    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $5,000.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $401,570.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,674.03 | 2,990.03 | 2,990.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 284,884.00 | 264,610.65 | 264,610.65 | 2,010.23 |
| **TOTAL DISBURSEMENTS** | $686,454.00 | $268,284.68 | $267,600.68 | $5,000.26 |

4) This case was originally filed under Chapter 7 on March 30, 2010. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2011           By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Chase | 1129-000 | 2,000.00 |
| Stocks Walgreens | 1129-000 | 1,000.00 |
| 2006 Chevy Blazer with 60k miles - paid in full | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 0.26 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 352,330.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Dealer Services | 4110-000 | 49,240.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$401,570.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,250.03 | 1,250.03 | 1,250.03 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,424.00 | 1,740.00 | 1,740.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,674.03 | 2,990.03 | 2,990.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 673.00 | 763.56 | 763.56 | 5.81 |
| 2 | American Infosource Lp As Agent for | 7100-000 | 463.00 | 540.21 | 540.21 | 4.11 |
| 3 | American Infosource Lp As Agent for | 7100-000 | 1,418.00 | 1,538.97 | 1,538.97 | 11.70 |
| 4 | Discover Bank | 7100-000 | 9,910.00 | 9,961.02 | 9,961.02 | 75.67 |
| 5 | American Infosource Lp As Agent for | 7100-000 | 10,030.00 | 10,590.11 | 10,590.11 | 80.45 |
| 6 | Commerce Bank | 7100-000 | 3,331.00 | 3,576.20 | 3,576.20 | 27.17 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 14,798.00 | 15,612.02 | 15,612.02 | 118.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Chase Bank USA, N.A. | 7100-000 | 5,450.00 | 5,442.13 | 5,442.13 | 41.34 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 18,027.00 | 19,001.26 | 19,001.26 | 144.35 |
| 10 | GE Money Bank | 7100-000 | 915.00 | 1,030.34 | 1,030.34 | 7.83 |
| 11 | GE Money Bank | 7100-000 | 2,293.00 | 2,377.93 | 2,377.93 | 18.06 |
| 12 | GE Money Bank | 7100-000 | 636.00 | 430.43 | 430.43 | 3.27 |
| 13 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,555.00 | 3,810.72 | 3,810.72 | 28.95 |
| 14 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 10,012.00 | 10,520.49 | 10,520.49 | 79.92 |
| 15 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 10,296.00 | 10,344.49 | 10,344.49 | 78.59 |
| 16 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,511.00 | 1,665.33 | 1,665.33 | 12.65 |
| 17 | Chase Bank USA,N.A | 7100-000 | 1,188.00 | 2,090.97 | 2,090.97 | 15.88 |
| 18 | Sallie Mae | 7100-000 | 97,119.00 | 124,871.57 | 124,871.57 | 948.64 |
| 19 | Sallie Mae | 7100-000 | 18,755.00 | 18,253.46 | 18,253.46 | 138.67 |
| 20 | United Consumer Financial Services (Kirby) | 7100-000 | 2,634.00 | 1,637.67 | 1,637.67 | 12.44 |
| 21 | HSBC Bank Nevada, N.A. (Menards) | 7100-000 | 3,773.00 | 3,772.85 | 3,772.85 | 28.66 |
| 22 | GE Money Bank | 7100-000 | 447.00 | 548.68 | 548.68 | 4.17 |
| 23 | American Express Centurion Bank | 7100-000 | 1,097.00 | 1,185.66 | 1,185.66 | 9.01 |
| 24 | Fia Card Services, NA/Bank of America | 7100-000 | 14,310.00 | 15,044.58 | 15,044.58 | 114.29 |
| NOTFILED | Alexian Brothers | 7100-000 | 319.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 2,370.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 13,099.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 3,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | 715.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 4,646.00 | N/A | N/A | 0.00 |
| NOTFILED | William Ciszczon United Consumer Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| NOTFILED | united consumer financial services | 7100-000 | 303.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 868.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 11,216.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 12,089.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 284,884.00 | 264,610.65 | 264,610.65 | 2,010.23 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71547  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** TERSIP, GERALD A  **Filed (f) or Converted (c):** 03/30/10 (f)
TERSIP, CHERYL L  **§341(a) Meeting Date:** 05/13/10
**Period Ending:** 08/31/11  **Claims Bar Date:** 10/06/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    8795 Bentley Lane, Spring | 330,000.00 | 0.00 | DA | 0.00 | FA |
| 2    Checking account with Chase    Settled pursuant to Order to Compromise Controversy entered March 21, 2011. | 3,500.00 | 2,000.00 | DA | 2,000.00 | FA |
| 3    misc used household goods | 900.00 | 0.00 | DA | 0.00 | FA |
| 4    used clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 5    Term life insurance through employer - no curren | 0.00 | 0.00 | DA | 0.00 | FA |
| 6    Profit Sharing | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 7    Stocks Walgreens    Settled pursuant to Order to Compromise Controversy entered March 21, 2011. | 5,000.00 | 1,000.00 | DA | 1,000.00 | FA |
| 8    Tax Refund    See Order to Compromise Controversy entered March 21, 2011. | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 9    Personal injury lawsuit Attorney is James P. Tut    Order to Abandon Bankruptcy Estate's interest in the personal injury case of the Debtor, Cheryl L. Tersip, entered March 28, 2011. | 100,000.00 | 30,000.00 | OA | 0.00 | FA |
| 10   2006 Chevy Blazer with 60k miles - paid in full    Settled pursuant to Order to Compromise Controversy entered March 21, 2011. | 8,975.00 | 2,000.00 | DA | 2,000.00 | FA |
| 11   2007 Cadillac Escalade with 60k miles - lien hel | 39,550.00 | 0.00 | DA | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A |  | 0.26 | FA |
| 12   Assets    Totals (Excluding unknown values) | **$545,825.00** | **$35,000.00** |  | **$5,000.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 1, 2012    **Current Projected Date Of Final Report (TFR):**    March 13, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-71547  
**Case Name:** TERSIP, GERALD A  
TERSIP, CHERYL L  
**Taxpayer ID #:** **-***1812  
**Period Ending:** 08/31/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/10 | {2} | Cheryl L. Tersip | Non-exempt portion of checking account | 1129-000 | 1,000.00 | | 1,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 1,000.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,000.09 |
| 09/01/10 | {2} | Cheryl L. Tersip | Non-exempt portion of checking account | 1129-000 | 1,000.00 | | 2,000.09 |
| 09/01/10 | {10} | Cheryl L. Tersip | Non-exempt portion of Blazer | 1129-000 | 1,000.00 | | 3,000.09 |
| 09/29/10 | {10} | Cheryl L. Tersip | Non-exempt portion of Blazer | 1129-000 | 1,000.00 | | 4,000.09 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,000.10 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.12 |
| 11/22/10 | {7} | Cheryl L. Tersip | Non-exempt portion in Walgreens Stock | 1129-000 | 1,000.00 | | 5,000.12 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,000.14 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.18 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.25 |
| 03/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 5,000.26 |
| 03/11/11 | | To Account #9200******0266 | Transfer funds from MMA to Checking Account | 9999-000 | | 5,000.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.26 | 5,000.26 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.26 | |
| | | | **Subtotal** | | 5,000.26 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.26** | **$0.00** | |

{} Asset reference(s)                                                                                     Printed: 08/31/2011 01:44 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-71547  
**Case Name:** TERSIP, GERALD A  
TERSIP, CHERYL L  
**Taxpayer ID #:** **-***1812  
**Period Ending:** 08/31/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-66 - Checking Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/11 | | From Account #9200******0265 | Transfer funds from MMA to Checking Account | 9999-000 | 5,000.26 | | 5,000.26 |
| 05/25/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,740.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,740.00 | 3,260.26 |
| 05/25/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,250.03, Trustee Compensation; Reference: | 2100-000 | | 1,250.03 | 2,010.23 |
| 05/25/11 | 103 | American Infosource Lp As Agent for | Dividend paid 0.75% on $763.56; Claim# 1; Filed: $763.56; Reference: | 7100-000 | | 5.81 | 2,004.42 |
| 05/25/11 | 104 | American Infosource Lp As Agent for | Dividend paid 0.75% on $1,538.97; Claim# 3; Filed: $1,538.97; Reference: | 7100-000 | | 11.70 | 1,992.72 |
| 05/25/11 | 105 | Discover Bank | Dividend paid 0.75% on $9,961.02; Claim# 4; Filed: $9,961.02; Reference: | 7100-000 | | 75.67 | 1,917.05 |
| 05/25/11 | 106 | American Infosource Lp As Agent for | Dividend paid 0.75% on $10,590.11; Claim# 5; Filed: $10,590.11; Reference: | 7100-000 | | 80.45 | 1,836.60 |
| 05/25/11 | 107 | Commerce Bank | Dividend paid 0.75% on $3,576.20; Claim# 6; Filed: $3,576.20; Reference: | 7100-000 | | 27.17 | 1,809.43 |
| 05/25/11 | 108 | Chase Bank USA, N.A. | Dividend paid 0.75% on $15,612.02; Claim# 7; Filed: $15,612.02; Reference: | 7100-000 | | 118.60 | 1,690.83 |
| 05/25/11 | 109 | Chase Bank USA, N.A. | Dividend paid 0.75% on $5,442.13; Claim# 8; Filed: $5,442.13; Reference: | 7100-000 | | 41.34 | 1,649.49 |
| 05/25/11 | 110 | Chase Bank USA, N.A. | Dividend paid 0.75% on $19,001.26; Claim# 9; Filed: $19,001.26; Reference: | 7100-000 | | 144.35 | 1,505.14 |
| 05/25/11 | 111 | GE Money Bank | Dividend paid 0.75% on $1,030.34; Claim# 10; Filed: $1,030.34; Reference: | 7100-000 | | 7.83 | 1,497.31 |
| 05/25/11 | 112 | GE Money Bank | Dividend paid 0.75% on $2,377.93; Claim# 11; Filed: $2,377.93; Reference: | 7100-000 | | 18.06 | 1,479.25 |
| 05/25/11 | 113 | PYOD LLC its successors and assigns as assignee of | Dividend paid 0.75% on $3,810.72; Claim# 13; Filed: $3,810.72; Reference: | 7100-000 | | 28.95 | 1,450.30 |
| 05/25/11 | 114 | PYOD LLC its successors and assigns as assignee of | Dividend paid 0.75% on $10,520.49; Claim# 14; Filed: $10,520.49; Reference: | 7100-000 | | 79.92 | 1,370.38 |
| 05/25/11 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid 0.75% on $10,344.49; Claim# 15; Filed: $10,344.49; Reference: | 7100-000 | | 78.59 | 1,291.79 |
| 05/25/11 | 116 | PYOD LLC its successors and assigns as assignee of | Dividend paid 0.75% on $1,665.33; Claim# 16; Filed: $1,665.33; Reference: | 7100-000 | | 12.65 | 1,279.14 |
| 05/25/11 | 117 | Chase Bank USA,N.A | Dividend paid 0.75% on $2,090.97; Claim# 17; Filed: $2,090.97; Reference: | 7100-000 | | 15.88 | 1,263.26 |
| 05/25/11 | 118 | Sallie Mae | Dividend paid 0.75% on $124,871.57; Claim# 18; Filed: $124,871.57; Reference: | 7100-000 | | 948.64 | 314.62 |
| 05/25/11 | 119 | Sallie Mae | Dividend paid 0.75% on $18,253.46; Claim# 19; Filed: $18,253.46; Reference: | 7100-000 | | 138.67 | 175.95 |

Subtotals :  $5,000.26   $4,824.31

{} Asset reference(s)                                                                                                                                    Printed: 08/31/2011 01:44 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-71547  
**Case Name:** TERSIP, GERALD A  
TERSIP, CHERYL L  
**Taxpayer ID #:** **-***1812  
**Period Ending:** 08/31/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | 120 | United Consumer Financial Services (Kirby) | Dividend paid  0.75% on $1,637.67; Claim# 20; Filed: $1,637.67; Reference: | 7100-000 | | 12.44 | 163.51 |
| 05/25/11 | 121 | HSBC Bank Nevada, N.A. (Menards) | Dividend paid  0.75% on $3,772.85; Claim# 21; Filed: $3,772.85; Reference: | 7100-000 | | 28.66 | 134.85 |
| 05/25/11 | 122 | American Express Centurion Bank | Dividend paid  0.75% $1,185.66; Claim# 23; Filed: $1,185.66; Reference: | 7100-000 | | 9.01 | 125.84 |
| 05/25/11 | 123 | Fia Card Services, NA/Bank of America | Dividend paid  0.75% on $15,044.58; Claim# 24; Filed: $15,044.58; Reference: | 7100-000 | | 114.29 | 11.55 |
| 05/25/11 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 11.55 | 0.00 |
| | | | Dividend paid  0.75% on  4.11 $540.21;  Claim# 2; Filed: $540.21 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.75% on  3.27 $430.43;  Claim# 12; Filed: $430.43 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.75% on  4.17 $548.68;  Claim# 22; Filed: $548.68 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,000.26** | **5,000.26** | **$0.00** |
| | | | Less: Bank Transfers | | 5,000.26 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,000.26** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,000.26** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******02-65** | 5,000.26 | 0.00 | 0.00 |
| **Checking # 9200-******02-66** | 0.00 | 5,000.26 | 0.00 |
| | $5,000.26 | $5,000.26 | $0.00 |

{} Asset reference(s)      Printed: 08/31/2011 01:44 PM   V.12.57